## No. 5845.

### GEORGE F. MILLER VS. G. E. BUCKNER.

Where one is the forced custodian of property which is in litigation, he is right in refusing to deliver it except on a proper order of the court before which the suit is pending.

If such forced custodian has instructed his agent to deliver the property upon such order, and the agent refuses to deliver it when the order is presented, the offence

Norwalk Iron Works *vs.* West.

of the agent is beyond the scope of his agency, and his principal is not responsible therefor.

APPEAL from the Sixth District Court of New Orleans. SAUCIER, J.

*B. Egan* for Plaintiff Appellant. *Eustis, Rozier,* and *Kelly & Lazarus* for Defendant.

WHITE, J., delivered the opinion affirming the judgment.